46246.   WHITLOCK v. THE STATE.

PANNELL, Judge. The trial judge did not err in overruling the motion for change of venue.

*Judgment affirmed. Bell, C. J., and Deen, J., concur.*
ARGUED JUNE 1, 1971—DECIDED JULY 15, 1971—
REHEARING DENIED JULY 28, 1971.

*Garland & Garland, Reuben A. Garland,* for appellant.
*Richard Bell, District Attorney, Dennis F. Jones,* for appellee.